UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. WHALON,                )
    Plaintiff(s),             )
                              )
    v.                        )   C.A. No. 04-11939-MLW
                              )
CHRISTY'S OF CAPE COD,            )
    Defendant(s)              )

ORDER

WOLF, D.J.                                              January 25, 2005

    The parties in this case were issued an Order, asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Dein, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred.  All parties have informed the court of their consent.  Accordingly, this case is hereby REASSIGNED to Magistrate Judge Dein for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

                                           /s/ Mark L. Wolf
                                           UNITED STATES DISTRICT COURT