UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11939-JGD

|  |  |
|---|---|
| MICHAEL J. WHALON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CHRISTY'S OF CAPE COD, LLC, | ) ) |
| Defendant. | ) ) |

## DEFENDANT'S CERTIFICATION OF COMPLIANCE WITH L.R. 16.1(D)(3)

Pursuant to LR 16.1(D)(3), Defendant Christy's of Cape Cod, LLC, ("Defendant") and its attorneys hereby certify that they have conferred regarding: (1) establishing a budget for the costs of litigation; and (2) consideration of resolving the instant matter through the use of alternative dispute resolution programs outlined in LR 16.4.

Respectfully submitted,

Defendant:
Christy's of Cape Cod, LLC,

By: _____
Patrick McKeown
Executive Vice President

Counsel for Defendant:
Murphy, Hesse, Toomey & Lehane, LLP

_____
Michael F.X. Dolan, Jr., BBO # 565876
mdolan@mhtl.com
Thomas W. Colomb, BBO # 638211
tcolomb@mhtl.com
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA  02169-9126
617.479.5000