UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11939-JGD

|  |  |
|---|---|
| MICHAEL J. WHALON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CHRISTY'S OF CAPE COD, LLC, | ) ) |
| Defendant. | ) ) |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1(a) and LR 7.3(A), Defendant Christy's of Cape Cod, LLC, states as follows:

1. Christy's of Cape Cod, LLC, is not owned by a parent corporation.

2. No publicly held company owns 10% or more of the stock of Christy's of Cape Cod, LLC.

Respectfully submitted,

By its attorneys,

Murphy, Hesse, Toomey & Lehane, LLP

/s/ Michael F.X. Dolan, Jr.
Michael F.X. Dolan, Jr., BBO # 565876
mdolan@mhtl.com
Thomas W. Colomb, BBO # 638211
tcolomb@mhtl.com
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02169-9126
617.479.5000