UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL J. WHALON,<br>Plaintiff<br><br>v.<br><br>CHRISTY'S OF CAPE COD, LLC<br>Defendant | FILED<br>CLERKS OFFICE<br><br>2005 MAR 16  P 2:23<br><br>C.A. NO. 04-11939 MLW<br>US DISTRICT COURT<br>DISTRICT OF MASS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned Plaintiff, Michael J. Whalon, and legal counsel of record for the Plaintiff, David O. Scott, affirm that they have conferred:

1. With a view to establish a budget for the costs of conducting the full course and various alternative courses of the litigation; and

2. To consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs, such as those outlined in Local Rule 16.4.

Signed this __28__ day of February, 2005.

_____          _____
MICHAEL J. WHALON,                  DAVID O. SCOTT, ESQUIRE
Plaintiff                           Attorney for Plaintiff

David O. Scott,
Attorney at Law
200 Chauncy Street
Mansfield, Massachusetts 02048
(508) 261-7090