UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL J. WHALON,<br>Plaintiff<br><br>v.<br><br>CHRISTY'S OF CAPE COD, LLC<br>Defendant | C.A. NO. 04-11939-JGD |

PLAINTIFF'S MOTION TO EXTEND FACT DISCOVERY
DEADLINE, RESCHEDULE STATUS CONFERENCE
AND TO EXTEND SUBSEQUENT TRACKING DEADLINES

Plaintiff, Michael J. Whalon, moves the Court to extend the Fact Discovery Deadline from September 9, 2005 until November 10, 2005, to reschedule the Status Conference from July 21, 2005 until the week of October 10, 2005 and to extend all other tracking deadlines by sixty days.

AS REASON THEREFORE, while some fact discovery has been promulgated, other scheduled matters and/or vacation schedules necessitate additional time.

The undersigned counsel for Plaintiff certifies that I have conferred with Defendant's counsel, who does not object to the allowance of this motion.

The Defendant,
by Its Attorney,

_____
MICHAEL F.X. DOLAN, JR., ESQ.
B.B.O. NO. 565876
300 CROWN COLONY DRIVE, #410
QUINCY, MASSACHUSETTS 02269
TELEPHONE (617) 479-5000

DATED July 18, 2005

Respectfully Submitted,
The Plaintiff,
By His Attorney,

_____
DAVID O. SCOTT, ESQUIRE
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-7090

DATED July 18, 2005