UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL J. WHALON | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11939-JGD |
| | ) | |
| | ) | |
| CHRISTY'S OF CAPE COD, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

Following a status conference held today pursuant to Fed. R. Civ. P. 16(a), the Court ORDERS as follows:

1. As agreed by the parties, the following schedule shall be entered:

   a. The parties shall complete all non-medical fact witness depositions by **January 15, 2006**.

   b. The parties shall complete the service, subject only to any follow up, of any remaining written discovery by **January 31, 2006**.

   c. By **February 15, 2006**, the plaintiff shall disclose any expert witnesses and serve expert witness reports pursuant to Fed. R. Civ. P. 26(b).

   d. By **February 28, 2006**, the defendant shall disclose any expert witnesses and serve expert witness reports pursuant to Fed. R. Civ. P. 26(b).

   e. Any depositions of medical witnesses, including Rebuttal/Trial Experts, shall be completed by **March 31, 2006**.

   f. The parties shall file any dispositive motions with the court by **April 30, 2006**.

 2. The parties shall file with the court, by **February 6, 2006**, a joint report describing the status of the case. In their report, the parties shall notify the court if they wish to appear for a conference pursuant to Fed. R. Civ. P. 16(a) and if they wish to participate in alternative dispute resolution.

             / s / Judith Gail Dein
             Judith Gail Dein
             United States Magistrate Judge

DATED: November 22, 2005