UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-11939-JGD

| | |
|---|---|
| MICHAEL J. WHALON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CHRISTY'S OF CAPE COD, LLC, | ) ) |
| Defendant. | ) ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

Please note the withdrawal of appearance of Michael F.X. Dolan, Jr., Esquire formerly counsel for Defendant, Christy's of Cape Cod, LLC. The firm Murphy, Hesse, Toomey & Lehane, LLP and Thomas W. Colomb, Esquire, remain as counsel for Defendant, Christy's of Cape Cod, LLC.

Respectfully submitted,

By: /s/ Thomas W. Colomb
Thomas W. Colomb, BBO # 638211
tcolomb@mhtl.com
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02169-9126
(617) 479-5000