UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL J. WHALON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11939-JGD |
| | ) | |
| CHRISTY'S OF CAPE COD, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Following a status conference held today pursuant to Fed. R. Civ. P. 16(a), the Court ORDERS as follows:

1. This case will be referred to mediation pursuant to the court's alternative dispute resolution program, with a recommendation that the mediation take place in 30 days, or as soon thereafter as possible.

2. If the parties are unable to reach a settlement, they shall file a joint status report with the court within seven (7) days following completion of the mediation. The report shall describe the status of the case and contain a proposed schedule for the remainder of the case through trial.

                    / s / Judith Gail Dein
                    Judith Gail Dein
                    United States Magistrate Judge

DATED: May 17, 2006