UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL J. WHALON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-11939-JGD |
| | ) | |
| CHRISTY'S OF CAPE COD, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

Following a status conference held today pursuant to Fed. R. Civ. P. 16(a), the Court ORDERS as follows:

1. Remaining depositions shall be completed by June 30, 2006.

2. Motions for summary judgment shall be filed by July 31, 2006.

3. If necessary, plaintiff shall designate his experts 30 days after the court's ruling on Defendant's motion for summary judgment; defendant shall designate its experts 30 days thereafter; and expert depositions shall be completed 30 days after defendant's designation of experts.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 21, 2006