# TAB 4



## *Performance Analysis*

Failure to report excessive cash/deposit shortages to Executive Vice President and failure to investigate such shortages resulting in excessive cash shortages to the Company

The following are the above-mentioned shortages:

1. October 29, 2001 – Miscellaneous paid detail missing for $500.00.

2. December 4, 2001 – Bank deposit on Store #608 EOD report of $5,035, CCBT transaction sheet shows $4,735 – Notified by Chris Downey on December 10, 2001. Failure to resolve.

3. January 9, 2002 – Store #608 EOD deposit report of $3,680, CCBT transaction sheet shows $2,680, shortage of $1,000.

4. January 21, 2002 – Store #608 – EOD reports deposit figure of $2,735.95, CCBT transaction sheet shows deposit of $2,235.95, short $500.00.

5. January 14, 2002 - $576 miscellaneous paidout – Informed by Karen about no detail. Failed to investigate satisfactorily

6. Beginning and ending merchandise sales figures have discrepancies for November 12, 2001 to November 13, 2001, December 1, 2001 to December 02, 001 and December 10, 2001 to December 11, 2001.

7. January 17, 2002 – Store # 610 EOD deposit reports $5,460.68, CCBT transaction sheet shows $5,060.68, short $400.00.