# TAB 6

## 22
Friday
February 2002

Daily Record of Events          53rd Day  312 Left  Week 8

Exhibit No. 5
Deposition of Patrick McKeown
February 2, 2006

202 PM
M. Whalen

① Cash problem    #608
② deposit          #608
③ Said Totals      #608
④ Missing orders   #608
⑤ Civil report     see page

5.2PM Brian Lepps  -  401-256-0128

① Cement Block contractor
② Year Built  1974
③ Sprinkler System
④ Alarm - Central
⑤ Security Camera

2.2PM Mike Whalen

① Asked about shrink problem  608/602/822
② Asked about Maple store what was problem
③ Asked what was going on with 608 cash problem

① No real answers/updates on shrink issues
② Planned to replace Mgr 608 newly asked with
   Tom Silverberg. Was training in store stating
   planned replacement later in week.

③ He said he terminated two individuals who
   were the problem in 608 - Should be ok

I asked him about the cash situation in the
store. He said he thought it was corrected

I asked him about a number of deposit shortages
He said he was not aware of any problems
I asked him how the grand total could

Historically, a 2-iron was called a "midiron."

©2001 FranklinCovey Co.          www.franklincovey.com          Golf-Classic

## 23
### Saturday
### February 2002

Daily Record of Events    54th Day  311 Left  Week 8

be charged. He said if system crashed, they would be reset but everything would be sent from there. He asked why I was asking him these questions. I told him I was trying to find out why we had these problems of cash shortages. I gave him copies of 1/14/01 since '01 EoD report discrepancy between beginning & ending. He asked me where I got these reports saying I did not give these reports to him. I replied that I was sending to me prime. He asked how he was supposed to be responsible if the office did not provide the reports to him.

I showed him 2/5/02 EoD report - beginning reading increased by $1500. deposits slashed by $1500 previously. He asked me if I was accusing him of stealing. I am not a thief - he said.

I replied I am trying to understand who is doing this. I want answers.

I asked him if he deposited his deposits per she's bag. He replied that he may ask him to drop off deposits for her. I stated that two deposits he dropped off were short a total of $1500 deposit from EoD sunday 1/9 or of $3680 was short knew. 1/31/01 deposit of $2735.95 was short $800. He stated that he has no access to the safe it is locked. I asked him why he dropped it off at the Hyannis station, he said it was on his way down here.

He asked why he did not get a call from H.O. on this. I told him I just called. I told him that didn't he think it was strange these deposits he made were short. He said he did assemble the deposits. he just dropped them. I asked him why he would put himself in that position He said he was helping out the manager

*It is true that my predecessor did not object as I do to pictures of one's golfing skill in action. But neither, on the other hand, did he ever bean a Secret Service man.*
*— John F. Kennedy*

©2001 FranklinCovey Co.        www.franklincovey.com        Golf-Classic

**24**

Sunday

February 2002

Daily Record of Events

55th Day  310 Left  Week 8

I proceeded to show the EOD reports + copies of the deposits. I told him who ever did this changed the paperwork at store level to reflect the new deposit amounts. He asked me where I got the sheets. I replied from the store.

I then asked him about a P.O. for $600 on 1/14/01. He could not recall for purchase but like Sept. Am 610 signature. Listed as mise. paid out $600 — said it was really deposited by store. sometimes it happens. Not real.

Asked him about a mise. paid out for $576 on 1/14/01. I told him Karen asked him about it + he told her it was bills paid out. Payroll was checked. No bills paid out were supported by letters dated. I asked him why he split it before + he said he forgot. I replied that at no way did he paid to do so + is when bills + freight are to pay so the money gets to the bank.

I asked him had he any problems. He said I don't need money I have a second job that pays $700-$800 per week. I just refinanced my house. I am getting rid of the $65.50. I asked him about the 2 Desi Cruises the 610. He said he was unmarried + nothing was happening. I asked him about bringing her to work. He said her car was broken + she needed a ride. What am I supposed to do. I told him the deposit was short $1000 over her. He said it was called in. I told him the paperwork was changed. He asked how did I know that. I replied that I had Bill letter drop me off his EOD report. I told him the deposit was signed by Desi.

Just figure out a way to get it in the hole, no matter what it looks like.
— Lee Trevino

©2001 FranklinCovey Co.          www.franklincovey.com          Golf-Classic

## Activity 5: Mission Statement (rough draft)

### My Mission is:

M. Whelan interview. cont. page 4

He replied about #608 that Bill was a problem also. He gave both of them certain procedures work to solve the problem & then if they did not - he would change mgt of store 610.

He asked me where all this was going. I replied that he failed to perform his job. I require the very basics of performance, getting sales rung in & deposits to the bank. I told him I was trained to terminate him. I would recommend him as a salesperson for Pine State.

He seemed shocked. He said after all I have done for this company, coming in with no experience, doing the computers, 3 stores, 24 hours a day on call - I don't deserve this. I replied that I cannot live with these shortages. He said we lived with Pete Orff losing expenses in tv, Kenny losing excess dollars & we did not fire them. Put me back in a store before this!

I told him that the manager of 608 has an issue with these shortages upon your departure. I told him I got most of the reports from the store.

I thought briefly & told him I would suspend him for three days for failing to perform his duties in getting the cash to the bank.

We went back to the expenses my one of the deposits again & I told him he signed off with the deposit being okay but no slip was present. He made that deposit but he had acknowledged was not there. He said it was in the store. This was one of the deposits that was short.

I told him that he was suspended until Thursday that I needed to talk with Christy.

Meeting concluded about 4:35 PM

© 1998 Franklin Covey Co.          www.franklincovey.com          Golf-Classic