**TAB 8**

# PERFORMANCE NOTICE

DEFENDANT'S
EXHIBIT NO. _6A_
FOR IDENTIFICATION
DATE: 9/__ PETRI-J H

Employee's Name _Michael Whalon_          Store No./Dept _H.O._

Position _Marketing Counselor_     Time _____     a.m.  Date of
                                            p.m.  Notice _2/22/02_

## NOTICE

Date of Violation _12/31/01 - 2/22/02_     NATURE     ☒ Substandard Work   ☐ Conduct        ☐ Tardiness/Absenteeism
Time of Violation _____             OF          ☐ Policy Violation   ☐ Disobedience   ☐ _____
Place Violation Occurred _____      VIOLATION

## COMPANY REMARKS

Failure to report excessive cash/deposit shortages to Exec. V.P. & failure to investigate such shortages resulting in excessive cash shortages to the company.

| HAS THIS PERFORMANCE ISSUE BEEN PREVIOUSLY DISCUSSED? ☐ YES ☒ NO | Form of Warning | WHEN WARNED and BY WHOM | | |
|---|---|---|---|---|
| | | 1st Notice | 2nd Notice | 3rd Notice |
| | Oral | | | |
| | Written | ☒ P. McKeown | | |

## EMPLOYEE'S REMARKS RE: VIOLATION

The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.

I have entered my version of the matter above.

Employee's Signature _____     Date _____

## ACTION TO BE TAKEN

Suspension and/or Termination

Approved By _Patrick McKeown_     _Executive V.P._   _2/25/02_
            Name                  Title              Date

            _Patrick McKeown_     _E.V.P_   _2/25/02_
            Signature of person    Title    Date
            who prepared notice

Supervisor's Signature _____     Date _____

**christy's**