**TAB 10**

DEFENDANT'S
EXHIBIT NO. 7
FOR IDENTIFICATION
DATE: 9/7/05  RPTR: JL

**BETHEL MEDICAL GROUP**
111 TORREY ST.
BROCKTON, MA 02301
(508) 588-1200

DOUGLAS R. GROGAN, JR., M.D. — DEA #AG9803859
GEOFFREY W. GILSON, M.D. — DEA #BG5447001
KATHLEEN GILSON, M.D. — DEA #BG5787924
JANIS SHAKR, F.N.P. — DEA #MS0387743

NAME: Michael Whalon

ADDRESS: _____  DATE: 2-27-02

℞ Michael has been evaluated w/ anxiety and chest pain and may not return to work until March 13, 02.

REFILL ___ TIMES PRN NR _____ M.D.

INTERCHANGE IS MANDATED UNLESS THE PRACTITIONER WRITES THE WORDS "NO SUBSTITUTION" IN THIS SPACE.