# TAB 11



CHRISTY'S OF CAPE COD, LLC
105 PLEASANT STREET
HYANNIS, MA. 02601
TELEPHONE: 508-771-0900
FAX: 508-771-0925



March 4, 2002

Mr. Michael Whalon
251 Shagbark Road
Taunton, Ma. 02780

Dear Mike,

This letter follows up with you regarding the status of your employment. On Friday, February 22, 2002, I met with you to discuss a number of problems and irregularities. As we discussed, we were inclined to end your employment at that time. You, however, urged me to give further consideration to the matter. You were placed on suspension pending further investigation in consideration as to whether or not there are any facts to mitigate my previous determination as to how to proceed.

At this time, we have further reviewed the facts. We would like to meet with you on Friday, March 8, 2002 to discuss with you our findings and determinations. I understand that while you have been on suspension, you have requested a sick leave until March 13, 2002. If you are not able to meet this week, we can meet before you return to work on March 13, 2002.

Sincerely,

Patrick McKeown
Executive Vice President