**TAB 12**

DEFENDANT'S
EXHIBIT NO. 8
FOR IDENTIFICATION
DATE: 9/7/05  RPTR:

*Charis Center - South, Inc.*
## The Charis Counseling Centers
6 Plympton Street, Middleboro, MA 02346   508-947-1901

Name: Michael Whalon   Date: 3-6-02

Address: _____

R Michael is out of work due to extreme anxiety, panic attacks and severe depression - he will return to work April 1, 02

Refills: _____

Anne Kronenberg, R.N., P.C.        Anne Kronenberg
    Print Name                          (Reg. No.)
Frank J. Paolitto, M.D.
    Supervising Physician

FILE