**TAB 13**


DEFENDANT'S
EXHIBIT NO. 12
FOR IDENTIFICATION
DATE: 9/7/05
PENGAD-Bayonne, N.J.

*Charis Center - South, Inc.*
**The Charis Counseling Centers**
*6 Plympton Street, Middleboro, MA 02346   508-947-1901*

Name: Michael Whalen   Date: 3-21-02

Address: _____

℞   Please excuse Mike
    Whalen from work
    until May 4th

Refills: _____

Anne Kronenberg, R.N., P.C. /s/ Anne Kronenberg (Reg. No.)
Print Name

Frank J. Paolitto, M.D.
Supervising Physician