# TAB 14

# PERFORMANCE NOTICE

**DEFENDANT'S EXHIBIT NO. 10 DATE: 9/7/05**

Employee's Name: Michael Whalon
Store No./Dept: H.O.
Position: Marketing Counselor
Time: 2:00 p.m.
Date of Notice: 2/25/02

## NOTICE

Date of Violation: 10/24/01 – 1/17/02
Time of Violation: ___
Place Violation Occurred: Stores 608, 610

NATURE OF VIOLATION:
- [x] Substandard Work
- [x] Conduct
- [ ] Tardiness/Absenteeism
- [ ] Policy Violation
- [ ] Disobedience
- [ ] Conduct?

## COMPANY REMARKS

Cash/Deposit/Misc. paid out irregularities. Numerous unexplained questionable shortages (see attached detail)

Has this performance issue been previously discussed? NO

Form of Warning: Oral — Discussed 2/20/02 – 2:00 PM P. McKown

## EMPLOYEE'S REMARKS RE: VIOLATION

The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.

## ACTION TO BE TAKEN

Termination. Further investigation
Termination 3/27/02 (PMcK)

Refused to sign (PMcK)

Approved By: Patrick McKown   Exec. V.P.   2/25/02
Signature of person who prepared notice: Patrick McKown   EVP   2/25/02
Supervisor's Signature: Patrick McKown   2/25/02

DISTRIBUTION OF COPIES
— EMPLOYEE
— SUPERVISOR
— PERSONNEL DEPARTMENT

CMI 92611 (REV. 7/87)

**christy's**