**TAB 15**



**CHRISTY'S OF CAPE COD, LLC**
**105 PLEASANT STREET**
**HYANNIS, MA. 02601**
**TELEPHONE: 508-771-0900**
**FAX: 508-771-0925**

April 12, 2002

Mr. Michael Whalon
251 Shagbark Road
Taunton, Ma. 02780

Dear Mr. Whalon,

I received your letter of April 9, 2002. As you know, on February 22, 2002, you were notified that it was our intention to end your employment. You asked for further consideration. You were placed on suspension while we conducted further investigation. Additional investigation, as you know, did not produce any factors to mitigate our previous findings. In addition, it revealed additional inconsistencies. As you know, your employment ended on March 27, 2002 for conduct and performance reasons.

With regard to your April 9, 2002, request for Family Medical Leave ("FMLA"), please be aware that in order to be eligible for FMLA you must be an employee of the company, which you no longer are. As noted above, you were terminated for reasons related to your conduct and job performance. With regard to your requests for sick leave while you were an employee of Christy's, including most recently during the time period during which you were on suspension, please be aware that you were afforded any and all benefits that would be available to you under the FMLA and the companies FMLA policy.

Sincerely,

Patrick McKeown
Executive Vice President

PM/jm