**TAB 16**




# EMPLOYEE QUESTIONNAIRE

TO BE COMPLETED AFTER HIRED

WELCOME TO CHRISTY'S. YOU HAVE BEEN HIRED AS A VALUABLE ASSOCIATE. PERFORMANCE OF THE DUTIES OF YOUR POSITION WILL ROUTINELY REQUIRE YOU TO ENGAGE IN CERTAIN PHYSICAL ACTIVITIES. WE BELIEVE THAT IT IS IN THE BEST INTEREST OF OUR EMPLOYEES TO MAKE CERTAIN THAT THEY CAN SAFELY PERFORM THEIR DUTIES. WE HAVE LISTED BELOW THE DUTIES THAT WILL BE REQUIRED OF YOU. PLEASE REVIEW THOSE DUTIES.

- * WALKING
- * BENDING
- * STOOPING
- * KNEELING
- * STANDING
- * LIFTING UP TO 25-50 POUNDS
- * OPERATING FAST FOOD EQUIPMENT
- * OPERATING DELI EQUIPMENT (DELI WORKERS ONLY)
- * OPERATING MACHINERY (HEARTHSTONE FARMS AND GAS ASSOCIATES ONLY)
- * DRIVING (AUTHORIZED DRIVERS ONLY)

IS THERE ANY REASON WHY YOU WOULD BE LIMITED IN THE PERFORMANCE OF ANY OF THE TASKS LISTED ABOVE, OR WHY THEIR PERFORMANCE WOULD LEAD TO THE RISK OF INJURY TO YOURSELF, TO OTHERS OR TO PROPERTY?

\_\_\_\_\_ YES*        \_\_\_X\_\_\_ NO

IF YOUR ANSWER IS YES, PLEASE EXPLAIN FULLY. (USE BACK OF SHEET IF NECESSARY.)

_____

_____

_____

* IF YES IS INDICATED, YOU COULD BE REQUESTED TO PROVIDE FURTHER MEDICAL DOCUMENTATION.

I UNDERSTAND THAT CHRISTY'S WILL CONSIDER THE FAILURE TO PROVIDE CORRECT AND COMPLETE ANSWERS TO THE ABOVE QUESTIONS TO BE "WILLFUL MISCONDUCT", AND THAT WILLFUL MISCONDUCT CAN CONSTITUTE GROUNDS FOR DENIAL OF WORKER'S COMPENSATION.

NAME (PLEASE PRINT) _Michael Whalon_   DATE _5/5/98_   STORE # \_\_\_\_\_

SIGNATURE _[signed]_                    POSITION _____

CMI 92606