**TAB 17**

```
                                        Volume:  I
                                        Pages:   1 - 61
                                        Exhibits:   9
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:  04-11939-JGD

MICHAEL J. WHALON,                    )
    Plaintiff,                        )
                                      )
v.                                    )
                                      )
CHRISTY'S OF CAPE COD, LLC,           )
    Defendant.                        )

DEPOSITION of **LYUDMILA RAKITA, M.D.**, a witness called on behalf of the Defendant, taken pursuant to the applicable provisions of the Massachusetts Rules of Civil procedure, before John F. Kielty, a Notary Public in and for the Commonwealth of Massachusetts, at the offices of Lyudmila Rakita, M.D., 1342 Belmont Street, Brockton, Massachusetts, on Tuesday, June 6, 2006, commencing at 10:05 a.m.

```
                JOHN F. KIELTY
                2 Garrett Place
        Plymouth, Massachusetts 02360
                (508) 759-6767
```

1   psychiatry since completing your residency --
2   A.      Yes.
3   Q.      -- at BMC?  Have you ever been licensed in
4   any other occupation besides medicine?
5   A.      No.
6   Q.      Have you ever practiced medicine in other
7   disciplines other than internal medicine or
8   psychiatry?
9   A.      No.
10  Q.      Do you have any training in
11  psychopharmacology?
12  A.      My training and residency was based -- the
13  main training was psychopharmacology.
14  Q.      Do you have any specialization within the
15  field of psychiatry?
16  A.      No.
17  Q.      Can we establish the date that you first saw
18  Michael Whalon --
19  A.      Yes.
20  Q.      -- as a patient?
21  A.      The first visit was March 29, 2002, my
22  initial evaluation.
23  Q.      And how did you come to see Michael Whalon?
24  A.      Michael Whalon was referred to me by his

1  therapist, Anne Kronenberg, for medication
2  evaluation and for medication management.  He
3  continued to see Anne Kronenberg for therapy.
4  Q.    Do you continue to treat Michael Whalon
5  today?
6  A.    No.  He drop out of treatment in 2005, last
7  visit was April 19, 2005.  I didn't hear from him
8  after that.
9  Q.    Have your services that you provided to Mr.
10 Whalon during that approximate two-year -- actually,
11 it would be an approximate three-year period.  Were
12 they always individual in nature?
13 A.    Yes.
14 Q.    In other words, you treated him alone, no
15 marital counseling, no family counseling?
16 A.    I didn't do counseling.
17 Q.    Okay.
18 A.    I did psychopharmacology management.
19 Q.    Exclusively for --
20 A.    Yes.
21 Q.    -- Mr. Whalon?  And you have never treated
22 any of his family members?
23 A.    No.
24 Q.    Other than Anne Kronenberg, have you ever

```
 1      A.      Zyprexa.
 2      Q.      And did you prescribe that?
 3      A.      Yes.
 4      Q.      When Mr. Whalon was referred for treatment
 5   with you, did he arrive with any records or
 6   information?
 7      A.      No.
 8      Q.      Had you spoken with Anne Kronenberg before
 9   you saw Mr. Whalon?
10      A.      No, after.
11      Q.      At the time you saw Mr. Whalon, did you have
12   any understanding as to why he was coming to see you
13   medically?
14      A.      He reported to me everything.
15      Q.      What did he report to you, what was the
16   purpose of his visit?
17      A.      He reported to me having mood swings, from
18   feeling hyper, with racing thoughts, no needs for
19   sleep, to feeling down, depressed, anhedonic, tired,
20   having irritability, angry outburst, feeling
21   anxious, paranoid, sometimes hearing voices,
22   thinking about death, with no clear intention to
23   harm himself at that time.
24      Q.      Did you during the course of your initial
```

```
1    assessment of Mr. Whalon make a diagnosis?
2    A.      Definitely.
3    Q.      I think that is --
4    A.      Bipolar disorder 1, mixed episode.
5    Q.      Now, how did you diagnose Mr. Whalon with
6    bipolar disorder?
7    A.      On the basis of his symptoms and history.
8    Q.      What symptoms specifically were significant
9    for that diagnosis?
10   A.      He had different type of mood swing -- mood
11   episodes, manic and depressive, which made me think
12   that he had bipolar disorder.  Bipolar 1 because he
13   also had psychotic symptoms, auditory
14   hallucinations, paranoid ideations, which my --
15   might be the evidence of severity of manic episodes.
16   Q.      And what history information that Mr. Whalon
17   provided was significant to your diagnosis?
18   A.      He had mood swings since childhood.  He also
19   had no response to treatment with antidepressant.
20   He started on mood stabilizer by Anne Kronenberg
21   before he came to me, on Depakote, which was not in
22   right dose at that time, but anyway, she also was
23   thinking about treating his -- as a bipolar patient.
24   And a very significant moment that he had formed
```

```
 1    Q.       -- indicated in your testimony?  Under the
 2    "Diagnosis," you have a reference to "difficulty to
 3    hold a job"?
 4    A.       Uh-huh.  (Indicates affirmatively).
 5    Q.       Can you tell us if you recall what
 6    information that was based on?
 7    A.       This form was completed -- let me see when,
 8    actually, a year after I saw patient initially.
 9    Q.       Oh.
10    A.       So for that year, initially, he reported
11    that he was out of job.  I don't know exactly
12    circumstances, if he was fired or he was -- he just
13    quit job, but after that, he tried to find another
14    job and was not able to stay at work for decent
15    period of time.
16    Q.       And the reason I was asking relative to
17    this form is "difficulty to hold a job," is that
18    relevant to the diagnosis of Mr. Whalon's
19    condition?
20    A.       It is possible.
21    Q.       And how is it relevant to the diagnosis of
22    bipolar disorder?
23    A.       When patient not stable emotionally, he
24    might have difficulty to relate to other people,
```

Q.      Reading this note, does this in any way refresh your memory as to this visit with Mr. Whalon?

A.      It's written here that patient reported that he started new job, was overwhelmed at this new place. He reported feeling more depressed, tired, sleepy, and he reported not drinking for one-and-a-half months.

Q.      Do you know if that was because you inquired as to his drinking?

A.      Maybe.

Q.      Did you have any conversation with Mr. Whalon about this new job?

A.      No, I don't recall that we discussed what this job about or maybe. I cannot recall right now.

Q.      And the statement that he was overwhelmed by it, you can't recall any specific details?

A.      I just considered him being very vulnerable to any stressful situation, and any kind of new job might be overwhelming for patient who's not emotionally stable.

Q.      When you first started treating Mr. Whalon in March of 2002, did you draw any conclusion as to

```
1       why he suffered from bipolar disorder?
2       A.      Why?
3       Q.      Yes.
4       A.      Probably because he had genetic
5    predisposition, family history.  His symptoms, mild
6    symptoms appeared in his childhood, and definitely
7    the stressful events in anybody's life who might
8    have predisposition to develop bipolar disorder
9    might precipitate symptoms.
10      Q.      Did you have any reason to believe in March
11   of 2002 that there had been any such event
12   precipitating the symptoms?
13      A.      Probably job-related situation, because like
14   I find out right now and you refresh my memory, that
15   he was fired from his job.
16      Q.      Well, we are sort of looking back now many
17   years, Doctor.  I am asking --
18      A.      Yes.
19      Q.      -- the conclusions that you drew at the time
20   you saw him.
21      A.      So because of stressful situation in his
22   life, his symptoms might get worse, but it's not the
23   reason for his bipolar disorder.
24      Q.      So stressors in life could aggravate --
```

```
 1    A.      He never presented with me actively
 2    suicidal.
 3    Q.      And you last saw Mr. Whalon on what date,
 4    April 19th?
 5    A.      April 19, 2005.
 6    Q.      April 19, 2005.  And can you tell us how Mr.
 7    Whalon was doing on April 19th of 2005?
 8    A.      By my record, he reported to not bad, not
 9    depressed, less anxious, no racing thoughts,
10    sleeping good at night, complying with medications.
11    The issue which I addressed with him prior to this
12    last visit he didn't address with primary-care
13    physician, and the issue was about increase in his
14    cholesterol and triglycerides, which I discovered in
15    his last lab report.  So he continued taking
16    medications when last time I saw him and was doing
17    relatively stable on this medications.
18    Q.      And did you draw any conclusions over the
19    three years that you treated Mr. Whalon?
20    A.      About what?
21    Q.      About his condition, his prognosis?
22    A.      His prognosis, like in people with bipolar
23    disorder, I would say guarded, because it's
24    unpredictable what other stressful events or
```