**TAB 18**

1

1

2
Volume:  I
Pages:  1 - 184
Exhibits:  10

3

4
UNITED STATES DISTRICT COURT

5
DISTRICT OF MASSACHUSETTS

6

7
Civil Action No.:  04-11939-JGD

8

9
MICHAEL J. WHALON,                    )
     Plaintiff,                       )

10
v.                                    )
                                      )

11
CHRISTY'S OF CAPE COD, LLC,           )
     Defendant.                       )

12

13

14
DEPOSITION of **ETHAN H. KISCH, M.D.**, a witness called

15
on behalf of the Defendant, taken pursuant to the

16
applicable provisions of the Massachusetts Rules of

17
Civil procedure, before John F. Kielty, a Notary

18
Public in and for the Commonwealth of Massachusetts,

19
at the offices of Quality Behavioral Health, 1090

20
New London Avenue, Cranston, Rhode Island, on

21
Friday, May 5, 2006, commencing at 10:03 a.m.

22

23
**JOHN F. KIELTY**
**2 Garrett Place**

24
**Plymouth, Massachusetts 02360**
**(508) 759-6767**

1    another --

2    A.        My understanding is because of my experience

3    in treating people with bipolar disorder.  I've had

4    other referrals from clinical nurse specialists for

5    that type of treatment in Massachusetts and Rhode

6    Island.

7    Q.        Now, I would note that the records that you

8    have produced to me to date are all from behavioral

9    health, which is the --

10   A.        Quality Behavioral Health.

11   Q.        I'm sorry.

12   A.        Right.

13   Q.        Quality Behavioral Health, and see --

14   A.        This office you are in right now.

15   Q.        This office we are sitting in in Cranston,

16   Rhode Island.  Are there records that relate back to

17   your treatment or your visits with Mr. Whalon at

18   Arbour in Fall River?

19   A.        Yes, those records would be located at

20   Arbour Counseling, or they're probably archived by

21   now would be my guess, and they are not available to

22   me right now.

23   Q.        Do you remember the date when you first

24   started working with Mr. Whalon at Arbour?

1    A.       I do not, but I would guess it was probably

2    a year or two before he first saw me here.

3    Q.       And to your knowledge, did Mr. Whalon see

4    you continuously once he started at Arbour?  Did he

5    follow you to this practice?

6    A.       Well, as I explained to you, I haven't seen

7    him very frequently, because his primary treater is

8    the advanced practice clinical nurse specialist.  I

9    believe he may have had some psychopharmacology

10   consultation with another physician in the Brockton

11   area, and there was a gap in time between his last

12   visit with me at Arbour Counseling and his first

13   visit with me here May 4, 2005.

14   Q.       And do you know how long that gap in time

15   was?

16   A.       I don't know, because I don't know the dates

17   when he saw me at Arbour.  But I would guess that it

18   might have been between six months to a year,

19   possibly a little longer.

20   Q.       Do you know the identity of this other

21   psychopharmacologist that he may have seen in the

22   interim?

23   A.       Oh, let's see.  I don't believe I have that

24   in the record here, and I'm not remembering offhand

1    Q.        Very good.  I may well already have that

2    name.

3    A.        Okay.

4    Q.        I just wanted to ask you.  And have you

5    referred Mr. Whalon to anyone else?

6    A.        No.

7    Q.        And is it correct that the services you

8    provided to Mr. Whalon were individual in nature, in

9    other words, no family counseling, marital

10   counseling, any of those types of services?

11   A.        That's correct.  He came on his own.

12   Q.        Now, can you for my enlightenment describe

13   for me the type of care that you have provided for

14   Mr. Whalon?

15   A.        As I've already stated, I provided

16   psychopharmacology consultation and treatment.  So

17   consultation to his primary provider, Anne

18   Kronenberg, and treatment just in regard to the

19   prescriptions that I myself have written.

20   Q.        Have you provided any psychotherapy for Mr.

21   Whalon?

22   A.        No.

23   Q.        And is it your understanding that he is

24   receiving psychotherapy with Ms. Kronenberg?

1    A.        I believe he is.

2    Q.        The records that you produced to me from

3    Quality Behavioral Health reflect three visits, --

4    A.        Yes.

5    Q.        -- I believe?  And as you sit here today,

6    is that your recollection, that you saw him for

7    those three visits?

8    A.        That is correct.

9    Q.        How long would these visits last?

10   A.        Probably his first appointment here with me

11   might have been a little bit longer, maybe 45

12   minutes to an hour.  The subsequent two visits were

13   probably 20 to 30 minutes.

14   Q.        I may have asked you this in another way,

15   but just so I am clear, have you spoken with anyone

16   other than Anne Kronenberg and today, obviously,

17   regarding your treatment of Mr. Whalon?

18   A.        I have not.

19   Q.        And other than the records that you are

20   indicating may be maintained by Arbour Counseling in

21   Fall River, are you aware of any other records

22   relating to Mr. Whalon, whether they are yours or

23   any other --

24   A.        Well, I --

1    far as I know during the period in which I've

2    treated him.

3    Q.       And that is all I am trying to ask you,

4    Doctor.

5    A.       Yeah.

6    Q.       I am not looking for you to commit beyond

7    what you would know.

8    A.       Yeah, he may have had a hospitalization at

9    some point in the past, but I'm not recalling it if

10   he did.

11   Q.       Now, for what conditions have you treated

12   Mr. Whalon?

13   A.       For bipolar disorder condition.

14   Q.       For any other conditions --

15   A.       No.

16   Q.       -- besides bipolar disorder?  Are you aware

17   of any other mental health conditions that Mr.

18   Whalon suffers from or has suffered from?

19   A.       Well, patients with bipolar disorder

20   frequently have many comorbid conditions, including

21   anxiety disorders.

22            And I see in my notes from July 19, 2005

23   that he had anxiety symptoms which responded to

24   Quetiapine.  That's the Seroquel that I had

1    previously recommended for manic symptoms.  So

2    the -- but I would say that the other -- the other

3    diagnosable psychiatric disorders were really

4    comorbid to bipolar disorder, which is his primary

5    condition.

6    Q.    Did you ever treat Mr. Whalon for obsessive

7    compulsive disorder?

8    A.    Not per se.

9    Q.    When you say "not per se," --

10   A.    Not as such.  That was not a primary

11   diagnosis for which I was treating him.

12   Q.    Would I be correct in understanding that

13   there may be some shared symptoms between obsessive

14   compulsive disorder and bipolar --

15   A.    Yes.

16   Q.    -- disorder?

17   A.    In fact, the research in bipolar disorder

18   shows that patients with bipolar disorder are more

19   likely than patients with so-called unipolar major

20   depression to have certain anxiety disorders,

21   actually, twice the prevalence rates for bipolar

22   patients compared to unipolar patients, specifically

23   for excessive compulsive disorder and also for panic

24   attacks and some indications that other anxiety

1    disorders may also be more prevalent for bipolar

2    patients, and also bipolar patients, youth and

3    adults, are more likely than unipolar patients to

4    have multiple anxiety disorders.

5              THE REPORTER:  Could I have a second,

6    please, Tom?

7              MR. COLOMB:  Sure.

8              (Discussion off the record.)

9    BY MR. COLOMB:

10   Q.      Are you aware of any other -- first, any

11   other mental health conditions that Mr. Whalon

12   suffers from apart from bipolar disorder?

13   A.      I am not.

14   Q.      Are you aware of any other medical

15   conditions that Mr. Whalon suffers from apart from

16   bipolar disorder?

17   A.      One second.  He has hypothyroidism, which is

18   probably attributable to Lithium treatment.  So

19   Lithium is known to alter thyroid function tests,

20   and, in fact, there is a prescription copy in his

21   record for Levothyroxine from me.

22   Q.      What is the significance of that?

23   A.      Levothyroxine is thyroid hormone supplement,

24   so that's to correct the hypothyroidism that I

1    believe be to associated with Lithium treatment.

2    But, otherwise, I believe he's medically well.

3    Q.      Did you ever treat Mr. Whalon for any

4    substance abuse issues?

5    A.      I did not, and I don't believe that he has a

6    substance abuse disorder, at least I don't see that

7    in this record here.  And since I don't have access

8    to the Arbour Counseling record, I don't remember

9    that was an issue for him at some time in the past.

10   It's certainly quite possible that he did have a

11   substance abuse disorder, because, again, the

12   research shows that there's nearly two-thirds of

13   adult bipolar patients have a lifetime history of

14   substance abuse disorder.  So if he had substance

15   abuse in the past or if he were to develop substance

16   abuse at some point in his lifetime, that's more or

17   less expectable.

18   Q.      Is that because individuals of bipolar

19   disorder will attempt to self-medicate their

20   condition or their symptoms?

21   A.      Well, that's one --

22           MR. SCOTT:  Objection.

23           You may answer.  I am objecting to his

24   question, but you may answer.

1    treating him.

2    Q.      During the course of treating Mr. Whalon, do

3    you know if he received medication from another

4    source, if he was prescribed medication by another

5    clinician?

6    A.      Well, certainly from Anne Kronenberg, and I

7    believe that he had a prescription from the

8    physician in the Brockton area.

9    Q.      And you did not object to that taking place?

10   A.      Well, in fact, the Olanzapine/Fluoxetine

11   combination I thought was an injudicious medication.

12   So that when I saw him here for the first time, the

13   first thing I did was to have him discontinue that

14   medication.

15   Q.      Do you continue to treat Mr. Whalon?

16   A.      Actually, I don't know whether he has any

17   follow-up appointments scheduled with me or not.

18   Q.      And in reviewing the records that you

19   provided from Quality Behavioral Health, it appears

20   that the last visit in the record was December 1st?

21   A.      December 1st.

22   Q.      Of 2005?

23   A.      That's correct.

24   Q.      And have you seen Mr. Whalon since that

1    date?

2    A.      I have not.

3    Q.      Do you have a standard protocol for office

4    visits with patients like Mr. Whalon?

5    A.      If I'm treating them myself, I like to see

6    patients usually every two months.  If patients are

7    very stable and I believe reasonably compliant with

8    medication, then I might see them less frequently,

9    every three to six months.  For patients who are

10   unstable, high risk of hospitalization, patients who

11   have suicidality or other risk factors, I would see

12   them more frequently.

13   Q.      And which of these do --

14   A.      Try to do once a month for those people.

15   Q.      In which of these three categories did Mr.

16   Whalon fall?

17   A.      Well, to the best of my knowledge, he hasn't

18   been hospitalized or certainly not recently, as of

19   12/05.

20   Q.      Right.

21   A.      So he's -- so he's relatively stable, but I

22   think he -- as you can see from the notes in his

23   record, he is still symptomatic.  If I were treating

24   him myself, I would probably put him in the every

1    Dilaudid Rx for muscle pain," also Cyclobenzaprine,

2    which is brand name Flexeril.  He complains of

3    persistent irritability, sees -- I meant to say,

4    sees himself as -- oh, no.  I'm sorry.  He sees the

5    irritability as problematic, potentially affecting

6    occupational functioning, and then the notation

7    that I just read to you about lab work from July

8    '05.

9    Q.    Do you have any recollection of discussing

10   employment with Mr. Whalon during this December

11   visit?

12   A.    Not beyond what I have notated here.

13   Q.    As you sit here today, do you have any

14   knowledge of what Mr. Whalon does for employment?

15   A.    I don't know actually.

16   Q.    Okay.

17   A.    And I would be hard pressed to say what the

18   litigation with Christy's is about.

19   Q.    The statement, no major occupational

20   difficulties, do you know if that was in response to

21   a question you asked?

22   A.    Yes.

23   Q.    Okay.

24   A.    It would have been.

1    Q.    Is that because that is a typical question

2    you would ask?

3    A.    Yes, but also, because he had told me when I

4    saw him for the first time after an interruption in

5    treatment in May that he had had multiple job

6    changes within the past year.  So that -- so that --

7    so I asked him that for two -- for both reasons.

8    Q.    And did you ever obtain anymore information

9    about those multiple job changes, what they were?

10   A.    (Witness indicating.)

11   Q.    I actually need you to respond verbally as

12   well.

13   A.    Well, I'm thinking.  That was a quizzical

14   look.  Let the record --

15   Q.    Sure.

16   A.    I'm quizzing myself.  He might have told me,

17   but I don't -- I don't recall, and I didn't note it.

18   Q.    On the second page of these notes from

19   December, "complains of persistent irritability,

20   sees as problematic, potentially affecting

21   occupational functioning."

22   A.    Yes.

23   Q.    Did you have a conversation with Mr. Whalon

24   about "occupational functioning"?

1    A.       Well, I would have asked him whether he was

2    getting into fights or arguments with --

3             THE REPORTER:  I'm sorry?

4             THE WITNESS:  I'm sorry.  Yeah, I would have

5    asked him whether he was getting into fights, fights

6    or arguments with co-workers or supervisors, and

7    it's -- I'm not -- I'm not sure quite what type of

8    work he was doing here at this point.  But if he

9    was, for example, working in a store with customers,

10   you know, whether he was -- whether he was

11   quarrelsome with customers, and what he -- what he

12   said led me to believe that it might have, might

13   have been a problem or could potentially become a

14   problem, for example, like a performance review.

15   BY MR. COLOMB:

16   Q.       Generally speaking, again stepping away from

17   Mr. Whalon for a moment, are these issues common for

18   individuals with bipolar disorder?

19   A.       Sure.

20   Q.       To your knowledge and with your

21   understanding of bipolar disorder, is there

22   anything that patients do to try to address those

23   concerns?

24            MR. SCOTT:  I am going to object.  Just for

1    A.       I've already answered that question.  No, I

2    have not.

3    Q.       Do you know the cause of Mr. Whalon's

4    bipolar disorder?

5    A.       I would assume that like the majority of

6    people with this condition it was familial and

7    genetic.

8              THE REPORTER:  I'm sorry?

9              THE WITNESS:  It was like the majority of

10   people with this condition, it was familial and

11   genetic.

12   BY MR. COLOMB:

13   Q.       And as --

14   A.       Just parenthetically, there are few patients

15   who develop bipolar disorder late in life associated

16   with neurological disease.  So that's what's called

17   secondary mania.  But that's -- so, for example, if

18   you have a brain tumor or Parkinson's or multiple

19   sclerosis or other neurological conditions, it can

20   give some patients manic symptoms.

21   Q.       Do you have any reason to believe any of

22   those neurologic conditions apply to Mr. Whalon?

23   A.       It would be unlikely, because as I

24   indicated, it's associated with neurological

1    disease.

2    Q.      Are you aware of any other mental illness

3    apart from bipolar disorder that Mr. Whalon suffers

4    from?

5    A.      If he has other mental illnesses, that has

6    not been the focus of my treatment with him and not

7    documented in this record.

8    Q.      And did you ever screen him for any other

9    mental illnesses?

10   A.      I presume that when I first saw him back at

11   Arbour Counseling I would have satisfied myself that

12   bipolar disorder was the correct diagnosis and not

13   some other condition.  So the answer -- the answer

14   to that would be yes.

15   Q.      You presume it, but you --

16   A.      Well, I don't have that record.

17   Q.      Don't have that available?

18   A.      Don't have that record, so I can't prove it

19   to you.

20   Q.      Can environmental conditions cause bipolar

21   disorder?

22   A.      No.

23   Q.      Can environmental conditions affect bipolar

24   disorder?

1    Q.       Thank you.

2             If someone is bipolar and they are neither

3    in acute manic or acute depressive polarities, can

4    some type of life trauma cause them to go to one or

5    the other polarities?

6    A.       Uh-huh.  (Indicates affirmatively).  Yes.

7    Yeah, for example, I know of a case that I heard of

8    from Gary Sachs, who's one of the preeminent bipolar

9    researchers at Harvard, of a woman who had

10   previously been unaffected but who had her first

11   manic episode two weeks after her husband died in

12   the World Trade Center calamity.  So severe

13   psychosocial stress can trigger depression and also

14   mania.

15            But as I indicated before, there are

16   individuals with bipolar disorder that genetic

17   research from -- mostly from people at NINH, like,

18   Husseini Manji, M-a-n-j-i, who's a researcher, look

19   at a combination of protector genes and

20   susceptibility genes, so that you see even different

21   degrees of susceptibility to stress in a sibship.

22   Q.       Well, let me change my question a little

23   bit.  If you had someone --

24   A.       That might -- that might be a more

162

1    scientific answer than you wanted, but --

2    Q.       Well, just I want to hone in a little bit

3    more tightly on what I am trying to get your opinion

4    on.

5    A.       Yeah.

6    Q.       If you had a person who was previously

7    diagnosed as bipolar, --

8    A.       Yeah.

9    Q.       -- who is even taking medication for

10   bipolar --

11   A.       Who is.

12   Q.       -- but is stable and by "stable," I mean,

13   neither severely manic or they are severely

14   depressive, --

15   A.       Yeah.

16   Q.       -- maybe having some symptoms but those

17   symptoms are not lifestyle affecting --

18   A.       Uh-huh.  (Indicates affirmatively).

19   Q.       -- or causing major -- I think you said

20   psychosocial issues --

21   A.       Right.

22   Q.       -- and then there is a significant

23   trauma, --

24   A.       Yes.

1    Q.       -- for example, death of a close family

2    member, --

3    A.       Uh-huh.   (Indicates affirmatively).

4    Q.        -- loss of a long-term employment, --

5    A.       Uh-huh.   (Indicates affirmatively).

6    Q.       -- would that type of trauma or similar

7    trauma trigger a manic or a depressive -- could it

8    trigger a manic --

9    A.       It could --

10   Q.       -- or depressive episode?

11   A.       -- well.

12   Q.       If that same person had a major life

13   stressor that triggered an exacerbation of the

14   bipolar condition, would it be likely that that

15   person would develop a hypersensitivity to that same

16   type of trauma in the future?

17   A.       Well, this is conjectural but again, seems

18   plausible.

19   Q.       In other words, let me ask it more

20   specifically.  If that same person, let's say, it

21   was a death in the family --

22   A.       Yes.

23   Q.       -- and then sometime later, let's say, a

24   year or two later another family member just got

1    indicating that he was complaining of persistent

2    irritability, --

3    A.       Yes.

4    Q.       -- "sees as problematic, potentially

5    affecting occupational functioning"?

6    A.       Yes.

7    Q.       Would that type of symptomology -- how would

8    you relate that to the rating scale that you felt he

9    had at that time?

10   A.       Yeah, if he was actually at the point where

11   he was about to be terminated from employment or if

12   somebody was at the point where he was so irritable

13   as to become assaultive, that's serious.

14          If it's at the point where an employee says

15   to himself "Gee, I better get things under wraps, or

16   I'm going to get in trouble at my work," that's more

17   than mild.  It's appropriate for employees to know

18   when they're in trouble with their supervisors, or

19   it's appropriate for people to realize if they're

20   getting along with co-workers or arguing with

21   coworkers.

22          So from the note that I have in the record,

23   I can't tell you what the extent of his employment

24   or occupational difficulties may have been at that

171

1    time.

2    Q.      Do you have any knowledge as to how many

3    jobs Mr. Whalon may have had within the period that

4    you treated him?

5    A.      I do not.

6    Q.      If, in fact, a person with Mr. Whalon's --

7    with the same diagnoses as you provided for Mr.

8    Whalon, if you had a similar patient who underwent a

9    number of rapid job changes in that period or around

10   the period of treatment and also reporting this type

11   of issue, would that alter --

12   A.      Yeah.

13   Q.      -- your opinion?

14   A.      Yeah, if people are unable to sustain

15   competitive employment, that means they're not doing

16   well.  They're more symptomatic.

17   Q.      Doctor, you have given us a lot of

18   information and a lot of opinions, and I guess I am

19   just going to do this one catch-all question to you

20   because it made all the other questions that both

21   Attorney Colomb and I ask extremely shorter and

22   taking up less time.  Have all the opinions that you

23   have given to us today been within a reasonable

24   degree of medical certainty?