UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. WHALON,
Plaintiff

v.  C.A. NO. 04 11939 JGD

CHRISTY'S OF CAPE COD, LLC,
Defendant

### Motion for Extension of Time for Plaintiff
### to File Opposition to Motion for Summary Judgment

The Plaintiff, Michael J. Whalon, moves for an extension of time until October 13, 2006 to file his Opposition to Defendant's Motion for Summary Judgment. Counsel have conferred concerning this motion and it is not opposed.

The Plaintiff,
By His Attorney,

September 29, 2006
Date

/a/ David O. Scott, Esquire
DAVID O. SCOTT, ESQUIRE
B.B.O. NO. 449165
LAW OFFICE OF DAVID O. SCOTT, P.C.
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-9777
dsesq@aol.com

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). No non-participants (NEF) as noted.

/a/ David O. Scott, Esquire