UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. WHALON,
Plaintiff

v.                                                          C.A. NO. 04 11939 JGD

CHRISTY'S OF CAPE COD, LLC,
Defendant

## Motion for Extension of Time for Plaintiff
## to File Opposition to Motion for Summary Judgment
### (Assented to)

The Plaintiff, Michael J. Whalon, moves for an extension of time until February 5, 2007 to to file his Opposition to Defendant's Motion for Summary Judgment.

| | |
|---|---|
| Respectfully Submitted,<br>The Plaintiff,<br>By His Attorney, | Assented to,<br>The Defendant,<br>By Its Attorney, |
| /a/ David O. Scott, Esquire<br>DAVID O. SCOTT, ESQUIRE<br>B.B.O. NO. 449165<br>LAW OFFICE OF DAVID O. SCOTT, P.C.<br>200 CHAUNCY STREET<br>MANSFIELD, MASSACHUSETTS 02048<br>TELEPHONE (508) 261-9777<br>dsesq@aol.com | /a/ Thomas R. Colomb, Esquire<br>THOMAS R. COLOMB, ESQUIRE<br>B.B.O. NO.<br>MURPHY, HESSE, TOOMEY & LEHANE<br>300 CROWN COLONY DRIVE, SUITE 410<br>QUINCY, MASSACHUSETTS 02110<br>TELEPHONE (617) 479-5000 |
| January 22, 2007<br>Date | January 22, 2007<br>Date |

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). No non-participants (NEF) as noted.

/a/ David O. Scott, Esquire