UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. WHALON
       Plaintiff

            CIVIL ACTION
v.           NO.  04-11939-JGD

CHRISTY'S OF CAPE COD, LLC.
       Defendant

## JUDGMENT

DEIN, U.S.M.J.

In accordance with the Court's Memorandum of Decision and Order dated March 29, 2007, granting defendant's motions for summary judgment in the above-entitled action, it is hereby ORDERED:

       Judgment for the Defendant

       SARAH THORNTON
       CLERK OF COURT


        / s / Jolyne D'Ambrosio
       By:  Deputy Clerk

DATED:  April 18, 2007